UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:  Shannon Dawn Harris                )         Case No:    21-30071
                                           )         Chapter 13

## OBJECTION TO CONFIRMATION

**COMES NOW,** Susan H. Call, Counsel for Carl M. Bates the Chapter 13 Trustee, and moves this Court to deny confirmation of the Chapter 13 Plan filed on January 25, 2021, for the cause as follows:

1. The Debtor filed this Chapter 13 Petition on January 11, 2021 under 11 U.S.C. Chapter 13, now pending in the United States Bankruptcy Court, Eastern District of Virginia, Richmond Division.

2. This Objection is filed pursuant to 11 U.S.C. 1325 (b) (1) (B).

3. The above filed Chapter 13 Plan fails to provide that all of the debtor's projected disposable income in the applicable commitment period will be applied to the plan payments, shown by:

    a. The Trustee requests six months of all paystubs for the debtor to include any paystubs in May 2020, and the W-2 form for all her employment in 2020.

    b. The Trustee requests current paystubs.

    c. The debtor testified she has not filed her 2018 taxes, and it is suggested that she file those taxes, and all tax liability be addressed.

    d. The Chapter 13 Trustee would suggest that all required income be paid into the Chapter 13 Plan.

WHEREFORE, for the reasons stated herein, the Chapter 13 Trustee, by Counsel, Susan H. Call, respectfully moves the Court to deny confirmation of the Debtors' proposed Chapter 13 Plan as filed with the Court, and for such further and other relief as in the premises may seem just.

Date: February 22, 2021                    /s/Susan H. Call
                                           Susan H. Call, Counsel for
                                           Carl M. Bates
                                           Chapter 13 Trustee

## Certificate of Service

I hereby certify that on February 22, 2021, I have mailed or hand-delivered a true copy of the foregoing Objection to Confirmation to the debtor(s), Shannon Dawn Harris, 5300 Glenside Dr, #601, Henrico, VA 23228 and electronically sent to debtor's attorney, James E. Kane, Esquire, jkane@kaneandpapa.com.

                                           /s/Susan H. Call
                                           Susan H. Call, Counsel for
                                           Carl M. Bates, Chapter 13 Trustee

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:   Shannon Dawn Harris                       )        Case No:      21-30071
                                                   )        Chapter 13


Debtor Address        5300 Glenside Dr, #601
                      Henrico, VA 23228

Last four digits of Social Security No(s).:    9244

## NOTICE OF OBJECTION TO CONFIRMATION

Susan H. Call, Counsel for Carl M. Bates the Chapter 13 Trustee, has filed papers with the Court objecting to confirmation of your Chapter 13 Plan, which was filed in this case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the relief sought in the Objection, or if you want the Court to consider your views on the Objection, then on or before three (3) days before the date of the hearing, you or your attorney must:

__X__       File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

                      Clerk of Court
                      United States Bankruptcy Court
                      701 East Broad Street, Suite 4000
                      Richmond, VA 23219

You must also mail a copy to:

                      Susan H. Call, Counsel for
                      Carl M. Bates
                      Chapter 13 Trustee
                      P.O. Box 1819
                      Richmond, VA 23218

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

  _____  Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

  \_\_X\_\_  Attend the hearing on the objection scheduled to be held on **March 10, 2021** at **11:10 am** at United States Bankruptcy Court, **701 East Broad Street, Richmond, VA 23219, Room 5000**.

 If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief.

Date: February 22, 2021        /s/Susan H. Call
                     Susan H. Call, Counsel for
                     Carl M. Bates
                     Chapter 13 Trustee
                     P.O. Box 1819
                     Richmond, VA 23218-1819
                     VSBN 34367

**Certificate of Service**

 I hereby certify that on February 22, 2021, I have mailed or hand-delivered a true copy of the foregoing Notice of Objection to Confirmation to the debtor(s) Shannon Dawn Harris, 5300 Glenside Dr, #601, Henrico, VA 23228  and electronically sent to debtor's attorney, James E. Kane, Esquire, jkane@kaneandpapa.com.

                     /s/Susan H. Call
                     Susan H. Call, Counsel for
                     Carl M. Bates
                     Chapter 13 Trustee

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367